JOHN R. SPARKS, III v. ST. PAUL INSURANCE CO.

December 19, 1984.

Petition for certification granted.

COUNTRY CLUB TOWERS TENANTS' ASSOCIATION v.
COUNTRY CLUB TOWERS I AND II.

December 19, 1984.

Petition for certification denied.   (See 195 *N.J.Super.* 110)

JOHN H. GERBETH v. STEVEN ROTH.

December 19, 1984.

Petition for certification denied.

PAMM ASSOCIATES v. W & D CORPORATION.

December 19, 1984.

Petition for certification denied.